UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY KINNARD, individually and on behalf of himself and other similarly situated current and former employees as a collective class, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:22-cv-00719 |
| BLACK TIE MOVING, NASHVILLE, LLC, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal. (Doc. No. 88). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE